UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUDDY OSIAS,

               Plaintiff,

-v-

DEPARTMENT OF CORRECTION, et al,

               Defendants.

CIVIL ACTION NO.: 22 Civ. 869 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic discovery conference held today, November 14, 2022, the Court orders as follows:

1. By **Tuesday, December 20, 2022**, Defendants shall file a status letter advising the Court of the status of (i) settlement, and (ii) scheduling a deposition of pro se Plaintiff Ruddy Osias ("Mr. Osias").

The Clerk of the Court is respectfully directed to mail a copy of this order to Mr. Osias at the below address.

Dated:    New York, New York
            November 14, 2022

SO ORDERED.

_Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail to:    Ruddy Osias
            #22B2764
            Five Points C.F.
            State Rt. 96
            P.O. Box 119
            Romulus, NY 14541